UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-20485

DUANE CHIN LOY,

    Plaintiff,

vs.

WINNIE 168 RESTAURANT, INC. d/b/a
SUSIE LAI CHINESE RESTAURANT,
and SHOPPES OF SKYLAKE, INC.,

    Defendants.

_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, DUANE CHIN LOY, and Defendants, WINNIE 168 RESTAURANT, INC. d/b/a SUSIE LAI CHINESE RESTAURANT, and SHOPPES OF SKYLAKE, INC, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, with the Court to retain jurisdiction for enforcement purposes, as the parties have amicably settled this matter. Each party shall bear his/its own attorneys' fees and costs.

    AGREED and STIPULATED on this 1st day of May, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr* | */s/ Bobbi L. Meloro* |
| Jessica L. Kerr, Esquire | Bobbi L. Meloro, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 174440 |
| **THE ADVOCACY GROUP** | **LAW OFFICES OF BOBBI L. MELORO, P.A.** |
| 333 Las Olas Way | 8551 W. Sunrise Blvd., Suite 300 |
| CU3 Suite 311 | Plantation, Florida 33322 |
| Fort Lauderdale, FL 33301 | Telephone: (954) 577-1010 |
| Telephone: (954) 282-1858 | Email: bobbi@melorolaw.com |
| Email: service@advocacypa.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810